IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GABE (GABRIEL) HILLEL KAIMOWITZ,**

    **Plaintiff,**

v.                                                     Case No.  1:16cv257-MW/GRJ

**SUPERVISOR OF ELECTIONS,**
**et al.,**

    **Defendants.**
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 63, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 69.   Accordingly,

IT IS ORDERED:

1. The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.

2. Plaintiff's Motion for Temporary, Preliminary and Permanent Injunctive Relief, ECF No. 26, is **DENIED**.

3. Plaintiff's Reply to 1) Defendant Supervisor of Elections' Answer and Affirmative Defense to Verified First amended Complaint, and 2) Defendant Supervisor of Elections' Response in Opposition to Plaintiff's Motion for

1

Temporary, Preliminary and Permanent Injunctive Relief, ECF No. 55, is **STRICKEN**.

4. Plaintiff's Motion for Injunctive Relief, ECF No. 6, and Plaintiff's Motion for Declaratory Relief, ECF No. 8, are **DENIED**.

5. This cause is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on November 4, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**
