IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GABE (GABRIEL) HILLEL KAIMOWITZ,**

    **Plaintiff,**

v.                                               **Case No. 1:16cv257-MW/CAS**

**SUPERVISOR OF ELECTIONS;**
**JOHN HARKNESS, individually and**
**in his capacity as Florida Bar Executive**
**Director; EIGHTH JUDICIAL CIRCUIT**
**BAR ASSOCIATION, INC., and**
**FLORIDA BLUE KEY, INC.,**

    **Defendants.**
_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation, ECF No. 96, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 97. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's vitriolic attacks do not warrant comment. The Clerk shall enter judgment stating, "This case is **DISMISSED** for

1

failure to prosecute and to comply with court orders." The Clerk shall close the file.

**SO ORDERED on July 1, 2017.**

>  **s/Mark E. Walker             ____**
>  **United States District Judge**