# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

GABE (GABRIEL) HILLEL KAIMOWITZ,

    Plaintiff,

v.                                      Case No. 1:16cv257-MW/CAS

SUPERVISOR OF ELECTIONS;
JOHN HARKNESS; THE EIGHTH
JUDICIAL CIRCUIT BAR ASSN.,
INC.; and FLORIDA BLUE KEY,
INC.,

    Defendants.
_____/

## ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation, ECF No. 96, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 102. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. In so ruling, I must admit that I have never been likened to a Nazi. In any event, as noted in my prior order, I will not address Plaintiff's ad hominem attacks. The Clerk shall enter judgment stating, "This case

1

is **DISMISSED** for failure to prosecute and failure to comply with court orders."

The Clerk shall close the file.

    **SO ORDERED on August 3, 2017.**

                                       <u>s/Mark E. Walker</u>
                                       **United States District Judge**